IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00461-DME-CBS

MARIO FACUNDO BORREGO BRIONES, JESUS ALBERTO MARINES CARREON, RAUL RIOS SOLIS, PABLO PACHECO DEL REAL, ANTONIO RODARTE GARAMENDI, ERNESTO ALVAREZ SALINAS, JUAN GABRIEL ALEJANDRO RAMIREZ, MANUEL MIJANGOS, JOSE LUIS RUBIO CHAVARRIA, JOSE JESUS VALTIERRA MONTOYA, NICOLAS HERNANDEZ HERNANDEZ, JULIAN FERIA ACOSTA, ROBERTO CARLOS BERNAL CHAVEZ, JESUS GERARDO CUETO LOPEZ, AURELIO CARRILLO HERNANDEZ, MARTIN OLIVA PONCE, GABRIEL MARTINEZ PONCE, ANTONIO CARRILLO HERNANDEZ, SILVANO GARCIA VEGA, CHRISTIAN OSUNA RAMOS, LEOPOLDO ZARCA GONZALEZ, LUIS MATA LOPEZ, JOSE PAZ AGUIRRE HERNANDEZ, PEDRO VARGAS LEDESMA, ANGEL GEOVANNI DURAN NAVARRO, PABLO SANCHEZ REYES, RICARDO ROJO COVARRUBIAS, JORGE ROJO COVARRUBIAS, JUAN SARABIA MENDEZ, PABLO LUNA TORRES, MARTIN ALEJANDRE HERNANDEZ, JUAN GERARDO ALVARADO GATICA, MIGUEL ANGEL BELTRAN ACEVEDO, JOSE DE JESUS GOMEZ GALVAN, MARTIN BARRON VERA, DAVID GUDINO CHAVARRIA, GERMAN MARTINEZ HERNANDEZ, JOEL AGUILAR TORRES, ARMANDO ORTIZ RUBIO, CALIXTRO OVANDO LIMA; RODOLFO DELGADO RODRIGUEZ, RAMON RODRIGUEZ ARAGUZ, ARTEMIO GARCIA MELO, ANTONIO MONCADA RICO, MIGUEEL ANGEL CASTANDEDA MARTINEZ, ORACIO RAMIREZ MARTINEZ, LINDOLFO MARTINEZ CASTRO, RAMIRO AVALOS AMACHO, MARTIN JAIME DURAN MARIN, DANIEL HECTOR DAVILA MARTINEZ, ANSELMO BARRIOS VALDEZ, LUIS ALBERTO DAMIAN ARROYO, FRANCISCO NEGRETE CAMACHO, JUAN LUCIANO ORTIZ DUARTE, DANIEL MORENO VERA, JORGE FLORES BALTAZAR, MARIO ARMANDO FLORES BALTAZAR, EDGAR ESTEBAN RODRIGUEZ HERNANDEZ, PABLO CESAR AGUILAR DIAZ, ALEJANDRO ZUNIGA, SANTIAGO MENDOZA RAMIREZ, FEDERICO GONZALEZ CHANTACA, FERMIN RIVERA GUZMAN, MIGUEL ANGEL GUZMAN ESCOGIDO, RODRIGO HERNANDEZ CAHUICH, VICTOR DANIEL BARRIOS RANGEL, DAVID ARENAS MUNIZ, RICARDO GOZALEZ MIRANDA; and MIDWEST DRYWALL COMPANY, INC.,

Plaintiffs,

v.

JNS CONSTRUCTION SERVICES, LLC, JOHN HERZER, LENO & COMPANY, LLC, and LENO ASEUDO,

Defendants.

## DEFENDANT JOHN HERZER'S MOTION TO DISMISS

COMES NOW, Victor Morales, Kristi L. Blumhardt, and C. Adam Forster, of the law firm of MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP, on behalf of Defendant John Herzer ("Herzer"), and respectfully requests this Court dismiss Herzer from this case pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted and Fed.R.Civ.P. 12(e).

Plaintiffs' assert Herzer, a Managing Member of Defendant JNS Construction Services, LLC, is individually liable for unpaid wages under Colorado's Wage Act. Colorado law specifically provides that corporate officers and agents of a company are not individually liable for unpaid wages under Colorado's Wage Act. According, Plaintiffs' fail to state a claim against Herzer.

The remaining claims assert claims against "Defendants" and do not specify which claims are asserted against which Defendants. These claims do not appear to assert claims against Herzer as an individual but are too vague and ambiguous to know with any certainty. Accordingly, such claims should be dismissed pursuant to Fed.R.Civ.P. 12(e).

Herzer's Memorandum of Law in Support of this Motion is filed contemporaneously herewith.

DATED this 12th day of May, 2008.

                                               *s/ Kristi L. Blumhardt*

                                               Kristi L. Blumhardt
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1700 Broadway, Suite 1900
Denver, Colorado 80290
Tele: (303) 293-8800
*Attorneys for Defendants JNS Constructions Services, LLC and John Herzer*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Donald J. Kaufman
kaufman@coloradoattorney.com
Kaufman & Kaufman, LLC
*Attorneys for Plaintiffs*

Kenneth R. Stettner
Bruce Anderson
banderson@stetmil.com
Stettner Miller, P.C.
*Attorneys for Midwest Drywall Company, Inc.*

                                *s/ Kristi L. Blumhardt*

                                Kristi L. Blumhardt
                                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                1700 Broadway, Suite 1900
                                Denver, Colorado 80290
                                Tele: (303) 293-8800
                                Fax: (303) 839-0036
                                kblumhardt@mdmlawco.com