**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-00461-DME-CBS** | **FTR -** Reporter Deck - Courtroom A402 |
| **Date: July 16, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| MARION FACUNDO BORREGO BRIONES, *et al.*, | Donald J. Kaufman |
| | Bruce C. Anderson |
| **Plaintiffs,** | |
| v. | |
| JNS CONSTRUCTION SERVICES, LLC, *et al.*, | C. Adam Foster |
| | Kristi L. Blumhardt |
| **Defendants.** | Charles J. Kimball |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:** Settlement Conference
**Court In Session:** 3:46 p.m.
Court calls case.

The Court advises the parties of the tentative settlement agreement which has been reached.

The Court questions plaintiffs as to their understanding and agreement with the terms as stated. The Court questions defendants as to their understanding and agreement with the terms as stated.

The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**ORDERED:** The oral motion to withdraw Plaintiffs' Motion for Leave to File Second Amended Complaint [filed June 6, 2008; doc. 51] is granted. The motion (*doc. 51*) is hereby withdrawn.

**ORDERED:** The oral motions to withdraw without prejudice Defendant's Motion to Dismiss JNS Construction Services, LLC [filed May 12, 2008; doc. 28] and Defendant John Herzer's Motion to Dismiss [filed May 12, 2008; doc. 30] are granted. The motions (*docs. 28 and 30*) are hereby withdrawn without prejudice.

**ORDERED:** Plaintiffs shall provide defendants with a proposed amended complaint consistent with the settlement discussion by noon on July 21, 2008. Following review by all counsel, the amended complaint shall be filed with the court by the close of business on July 22, 2008.

**ORDERED:** A stipulated motion to dismiss shall be submitted to the Court on or before August 4, 2008. All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.

HEARING CONCLUDED.

**Court in recess:** 4:02 p.m.

The Court spent **four hours (04:00)** preparing for and conducting this Settlement Conference.