IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00461-DME-CBS

MARIO FACUNDO BORREGO BRIONES, JESUS ALBERTO MARINES CARREON, RAUL RIOS SOLIS, PABLO PACHECO DEL REAL, ANTONIO RODARTE GARAMENDI, ERNESTO ALVAREZ SALINAS, JUAN GABRIEL ALEJANDRO RAMIREZ, MANUEL MIJANGOS, JOSE LUIS RUBIO CHAVARRIA, JOSE JESUS VALTIERRA MONTOYA, NICOLAS HERNANDEZ HERNANDEZ, JULIAN FERIA ACOSTA, ROBERTO CARLOS BERNAL CHAVEZ, JESUS GERARDO CUETO LOPEZ, AURELIO CARRILLO HERNANDEZ, MARTIN OLIVA PONCE, GABRIEL MARTINEZ PONCE, ANTONIO CARRILLO HERNANDEZ, SILVANO GARCIA VEGA, CHRISTIAN OSUNA RAMOS, LEOPOLDO ZARCA GONZALEZ, LUIS MATA LOPEZ, JOSE PAZ AGUIRRE HERNANDEZ, PEDRO VARGAS LEDESMA, ANGEL GEOVANNI DURAN NAVARRO, PABLO SANCHEZ REYES, RICARDO ROJO COVARRUBIAS, JORGE ROJO COVARRUBIAS, JUAN SARABIA MENDEZ, PABLO LUNA TORRES, MARTIN ALEJANDRE HERNANDEZ, JUAN GERARDO ALVARADO GATICA, MIGUEL ANGEL BELTRAN ACEVEDO, JOSE DE JESUS GOMEZ GALVAN, MARTIN BARRON VERA, DAVID GUDINO CHAVARRIA, GERMAN MARTINEZ HERNANDEZ, JOEL AGUILAR TORRES, ARMANDO ORTIZ RUBIO, CALIXTRO OVANDO LIMA; RODOLFO DELGADO RODRIGUEZ, RAMON RODRIGUEZ ARAGUZ, ARTEMIO GARCIA MELO, ANTONIO MONCADA RICO, MIGUEEL ANGEL CASTANDEDA MARTINEZ, ORACIO RAMIREZ MARTINEZ, LINDOLFO MARTINEZ CASTRO, RAMIRO AVALOS CAMACHO, MARTIN JAIME DURAN MARIN, DANIEL HECTOR DAVILA MARTINEZ, ANSELMO BARRIOS VALDEZ, LUIS ALBERTO DAMIAN ARROYO, FRANCISCO NEGRETE CAMACHO, JUAN LUCIANO ORTIZ DUARTE, DANIEL MORENO VERA, JORGE FLORES BALTAZAR, MARIO ARMANDO FLORES BALTAZAR, EDGAR ESTEBAN RODRIGUEZ HERNANDEZ, PABLO CESAR AGUILAR DIAZ, ALEJANDRO ZUNIGA, SANTIAGO MENDOZA RAMIREZ, FEDERICO GONZALEZ CHANTACA, FERMIN RIVERA GUZMAN, MIGUEL ANGEL GUZMAN ESCOGIDO, RODRIGO HERNANDEZ CAHUICH, VICTOR DANIEL BARRIOS RANGEL, DAVID ARENAS MUNIZ, RICARDO GOZALEZ MIRANDA; and MIDWEST DRYWALL COMPANY, INC.,

Plaintiffs,

v.

JNS CONSTRUCTION SERVICES, LLC, JOHN HERZER, LENO & COMPANY, LLC, and LENO ASEUDO,

Defendants.

## SECOND AMENDED COMPLAINT

# PRELIMINARY STATEMENT

1. This action was originally brought by workers who were admitted to the United States to work under the H-2B temporary foreign worker visa program in the Colorado Ninth Judicial District Court in Glenwood Springs, Colorado.

# JURISDICTION

2. Jurisdiction is conferred upon this court by 28 U.S.C. Section 1331 and 28 U.S.C. Section 1337, together with this action arising under Acts of Congress regulating commerce.

# VENUE

3. Venue is proper in this district pursuant to 28 U.S.C. Section 1391 (b) and (c).

# PARTIES

4. The Plaintiffs are:
    1. Plaintiff <u>MARIO FACUNDO BORREGO BRIONES</u> is a citizen of Mexico who presently resides and is domiciled at the following 461 Donegan Rd, Glenwood Springs, CO 81601.
    2. Plaintiff <u>JESUS ALBERTO MARINES CARREON</u> is a citizen of Mexico who presently resides at the following address: Allende #708 Zona Centro C.P. 25870 Castanos, Coah, Mexico.
    3. Plaintiff <u>RAUL RIOS SOLIS</u> is a citizen of Mexico who presently resides and is domiciled at the following address: 992 Cottonwood Ln Glenwood Springs CO 81601.
    4. Plaintiff <u>PABLO PACHECO DEL REAL</u> is a citizen of Mexico who presently resides at the following address: Venustiana Carranza s/n, La Presa, C.P. 63555, Santiago Ixcuintla, Na, Mexico.
    5. Plaintiff <u>ANTONIO RODARTE GARAMENDI</u> is a citizen of Mexico who presently resides and is domiciled at the following address: 461 Donegan Rd. Glenwood Springs, CO 81601.

6. Plaintiff ERNESTO ALVAREZ SALINAS is a citizen of Mexico who presently resides at the following address: 23050 Two Rivers Rd. #2, Basalt, CO 81681.

7. Plaintiff JUAN GABRIEL ALEJANDRO RAMIEREZ is a citizen of Mexico who presently resides at the following address: Poblado C-41, Calle #1, Casa #32, Huimanguillo, Tabasco, C.P. 86000, Mexico.

8. Plaintiff MANUEL MIJANGOS, is a citizen of Mexico who presently resides at the following address. 461 Donegan RD, Glenwood Springs, Colorado 81601.

9. Plaintiff JOSE LUIS RUBIO CHAVARRIA is a citizen of Mexico who presently resides at the following address: El Chalahuite, Pisaflores, Hgo. C.P. 42230, Mexico.

10. Plaintiff JOSE JESUS VALTIERRA MONTOYA is a citizen of Mexico who presently resides at the following address:1 De Mayo 3, El Perico, C.P. 38400, Valle de Santiago, Gto. Mexico.

11. Plaintiff NICOLAS HERNANDEZ HERNANDEZ is a citizen of Mexico who presently resides at the following address: 23050 Two Rivers Rd. #2, Basalt, CO 81621.

12. Plaintiff JULIAN FERIA ACOSTA is a citizen of Mexico who presently resides at the following address: Ave Ingeniero Eduardo Molina #7332, Constituyentes de la Republica, C.P. 7460 Gustavo A. Madero, D.F. Mexico.

13. Plaintiff ROBERTO CARLOS BERNAL CHAVEZ is a citizen of Mexico who presently resides at the following address: Orralia Dominguez # 219, Unidad Habitacional, Fidel Velazquez, C.P. 78436, Soledad de G. Sanchez, S.L.P. Mexico.

14. Plaintiff JESUS GERARDO CUETO LOPEZ is a citizen of Mexico who presently resides at the following address: Francisco Villa #274, Jesus M Garza, C.P. 66180 Sta. Catarina, N.L. Mexico.

15. Plaintiff <u>AURELIO CARRILLO HERNANDEZ</u> is a citizen of Mexico who presently resides at the following address: Togo #115, Arenal Infonavit, C.P. 89344 Tampico, Tamps. Mexico.
16. Plaintiff <u>MARTIN OLIVA PONCE</u> is a citizen of Mexico who presently resides at the following address: Fco. Sarabia #18 Chapulhuacan Hg. C.P. 42280, Mexico.
17. Plaintiff <u>GABRIEL MARTINEZ PONCE</u> is a citizen of Mexico who presently resides at the following address: Had. El Potrero #121, Los Pinos 2 Sector Apodaca, N.L. Mexico.
18. Plaintiff <u>ANTONIO CARRILLO HERNANDEZ</u> is a citizen of Mexico who presently resides at the following address: Carlos Alberto Madrazo #114, Jose Lopez Portillo, C.P. 89338, Tampico, Tamps, Mexico.
19. Plaintiff <u>SILVANO GARCIA VEGA</u> is a citizen of Mexico who presently resides at the following address: San Rafael s/n San Rafael, C.P. 42290 Chapulhuacan, Hgo. Mexico.
20. Plaintiff <u>CHRISTIAN OSUNA RAMOS</u> is citizen of Mexico who presently resides at the following address:
21. Plaintiff <u>LEOPOLDO ZARCA GONZALEZ</u> is a citizen of Mexico who presently resides at the following address: AV Acueductio 20, Col Ampl Tulpetlac 55418 Ecatepec De Morelos Mexico.
22. Plaintiff <u>LUIS MATA LOPEZ</u> is a citizen of Mexico who presently resides at the following address: C Barra De Aparejo 148 Fracc Tercer Milineum 89600 Altamira Tamps Mexico
23. Plaintiff <u>JOSE PAZ AGUIRRE HERNANDEZ</u> is a citizen of Mexico who presently resides and is domiciled at the following address: 461 Donegan Rd, Glenwood Springs, CO 81601
24. Plaintiff <u>PEDRO VARGAS LEDESMA</u> is a citizen of Mexico who presently resides at the following address: Morelos s/n, El Perico, C.P. 38400, Valle de Santiago, Gto. Mexico.

25. Plaintiff <u>ANGEL GEOVANNI DURAN NAVARRO</u> is a citizen of Mexico who presently resides at the following address: Torres #3, Col. Obera, Santiago Ixcuincla, Nayarit, Mexico.

26. Plaintiff <u>PABLO SANCHEZ REYES</u> is a citizen of Mexico who presently resides at the following address: Avenida Hidalgo #69, San Miguel Tamazunchale, C.P. 79961, San Luis Potosi, Mexico.

27. Plaintiff <u>RICARDO ROJO COVARRUBIAS</u> is a citizen of Mexico who presently resides at the following address: La Arena s/n, La Arena, C.P. 42234, Pisaflores, Hgo. Mexico..

28. Plaintiff <u>JORGE ROJO COVARRUBIAS</u> is a citizen of Mexico who presently resides at the following address: La Arena s/n, La Arena, C.P., 42234, Pisaflores, Hgo. Mexico.

29. Plaintiff <u>JUAN SARABIA MENDEZ</u> is a citizen of Mexico who presently resides at the following address: Comunidad el Perico, Valle de Santiago, Gto., C.P. 38400, Mexico.

30. Plaintiff <u>PABLO LUNA TORRES</u> is a citizen of Mexico who presently resides at the following address: Caleta #3427, Riveras del Rio, Guadalupe, N.L., C.P. 67160, Mexico.

31. Plaintiff <u>MARTIN ALEJANDRE HERNANDEZ</u> is a citizen of Mexico who presently resides at the following address: Revolucion Verde, Tampico #3, Tampico, Tamauipas, Mexico.

32. Plaintiff <u>JUAN GERARDO ALVARADO GATICA</u> is a citizen of Mexico who presently resides at the following address: Rancho California #227, Rancho Viejo 2 Sector, C.P., 67190, Guadalupe, N.L. Mexico.

33. Plaintiff <u>MIGUEL ANGEL BELTRAN ACEVEDO</u> is a citizen of Mexico who presently resides at the following address: Quimichin Mza. 52 Lt. 2, Barrio Pescadores C.P. 56367, Mexico.

34. Plaintiff <u>JOSE DE JESUS GOMEZ GALVAN</u> is a citizen of Mexico who presently resides at the following address: Orquidea 319, Lagos de Chapultepec C.P. 66489, San Nicolas de los Garza, N.L. Mexico.

35. Plaintiff <u>MARTIN BARRON VERA</u> is a citizen of Mexico who presently resides at the following address: La Compania s/n, La Compania, C.P. 38400, Valle de Santiago Santiago, Gto. Mexico.
36. Plaintiff <u>DAVID GUDINO CHAVARRIA</u> is a citizen of Mexico who presently resides at the following address: El Chalahuite s/n, El Chalahuite, C.P. 42230, Pisaflores, Hgo. Mexico.
37. Plaintiff <u>GERMAN MARTINEZ HERNANDEZ</u> is a citizen of Mexico who presently resides at the following address: Basilio La Nueva Esperanza, Chapolhuacan Hgo. Mexico.
38. Plaintiff <u>JOEL AGUILAR TORRES</u> is a citizen of Mexico who presently resides and is domiciled at the following address: 23050 Two River Rd #2, Basalt, Colorado 81601.
39. Plaintiff <u>ARMANDO ORTIZ RUBIO</u> is a citizen of Mexico who presently resides at the following address: El Capulin s/n, el Capulin, C.P. 42298, Chapulhuacan, Hgo. Mexico.
40. Plaintiff <u>CALIXTRO OVANDO LIMA</u> is a citizen of Mexico who presently resides at the following address: Emilio Portes Gil #403, Esfuerzo Obrero C.P. 89364 Tampico, Tamps, Mexico.
41. Plaintiff <u>RODOLFO DELGADO RODRIGUEZ</u> is a citizen of Mexico who presently resides at the following address: Lazaro Cardenas s/n Canada Del Tabaco C.P. 63579 Santiago Ixcuintla, Nayarit, Mexico.
42. Plaintiff <u>RAMON RODRIGUEZ ARAGUZ</u> is a citizen of Mexico who presently resides at the following address: Calle Rio Coatzacoaicos #608 Colonia Zaragoza, Linares, N.L., C.P. 67780, Mexico.
43. Plaintiff <u>ARTEMIO GARCIA MELO</u> is a citizen of Mexico who presently resides at the following address: La Gloria s/n, La Gloria, Chapulhuacan, Hgo. C.P. 42280, Mexico.
44. Plaintiff <u>ANTONIO MONCADA RICO</u> is a citizen of Mexico who presently resides at the following address: Juchipila #327, Canada Blanca, Guadalupe, N.L. C.P. 67114, Mexico.

45. Plaintiff <u>MIGUEL ANGEL CASTANDEDA MARTINEZ</u> is a citizen of Mexico who presently resides at the following address: Peatonal Poniente #417, Lomas de Sta. Catarina, Sta, Catarina, N.L., C.P. 66359, Mexico.

46. Plaintiff <u>ORACIO RAMIREZ MARTINEZ</u> is a citizen of Mexico who presently resides at the following address: Primero de Mayo, #2711, Benito Juarez, Altamira, Tamps.,C.P. 89600, Mexico.

47. Plaintiff <u>LINDOLFO MARTINEZ CASTRO</u> is a citizen of Mexico who presently resides at the following address: El Zocohuite s/n El Zocohuite, Ciudad Valles, S.L.P., C.P. 79250, Mexico.

48. Plaintiff <u>RAMIRO AVALOS CAMACHO</u> is a citizen of Mexico who presently resides at the following address: C Sin Nombre #13 s/n, El Zocohuite, Ciudad Valles, S.L.P. , C.P. 79250, Mexico.

49. Plaintiff <u>MARTIN JAIME DURAN MARIN</u> is a citizen of Mexico who presently resides at the following address: Servando Murillo s/n, La Escondida, Linares, N.L., Mexico.

50. Plaintiff <u>DANIEL HECTOR DAVILA MARTINEZ</u> is a citizen of Mexico who presently resides at the following address: Chihuahua #135, Nicolas Bravo, San Nicolas de los Garza, N.L. C.P. 66410, Mexico.

51. Plaintiff <u>ANSELMO BARRIOS VALDEZ</u> is a citizen of Mexico who presently resides at the following address: Ruben Dario #68, La Jungla, Martinez de la Torre, Veracruz, C.P. 93620, Mexico.

52. Plaintiff <u>LUIS ALBERTO DAMIAN ARROYO</u> is a citizen of Mexico who presently resides at the following address:Gertrudis Vargas # 10, Miravalle, Valle de Santiago, Gto. C.P. 38400, Mexico.

53. Plaintiff <u>FRANCISCO NEGRETE CAMACHO</u> is a citizen of Mexico who presently resides at the following address: Villagran y Moroleon #118, Col. Gto. Salamanca, Gto. C.P. 36780, Mexico.

54. Plaintiff <u>JUAN LUCIANO ORTIZ DUARTE</u> is a citizen of Mexico who presently resides at the following address: Puebla #410, Huinala Apodaca, N.L. C.P. 66640, Mexico.

55. Plaintiff <u>DANIEL MORENO VERA</u> is a citizen of Mexico who presently resides at the following address: La Compania, Valle de Santiago, Gto. C.P. 38400, Mexico.
56. Plaintiff <u>JORGE FLORES BALTAZAR</u> is a citizen of Mexico who presently resides at the following address: Miguel Hidalgo #20, La Compania, Valle de Santiago, Gto. C.P. 38400, Mexico.
57. Plaintiff <u>MARIO ARMANDO FLORES BALTAZAR</u> is a citizen of Mexico who presently resides at the following address: Miguel Hidalgo #20, La Compania, Valle de Santiago, Gto. C.P. 38400 Mexico.
58. Plaintiff <u>EDGAR ESTEBAN RODRIGUEZ HERNANDEZ</u> is a citizen of Mexico who presently resides at the following address: Paseo de las Colinas #126, Las Reynas, Salamanca, Gto. C.P. 36720, Mexico.
59. Plaintiff <u>PABLO CESAR AGUILAR DIAZ</u> is a citizen of Mexico who presently resides at the following address: Republica Bolivia #131, Satelite, C.P. 78380, Mexico.
60. Plaintiff <u>ALEJANDRO ZUNIGA</u> is a citizen of Mexico who presently resides at the following address: La Compania s/n, La Compania, Valle de Santiago, Gto. C.P. 38400, Mexico.
61. Plaintiff <u>SANTIAGO MENDOZA RAMIREZ</u> is a citizen of Mexico who presently resides at the following address: Privada Mendoza #27, San Antonio de Teran, Valle de Santiago, Gto. C.P. 38400, Mexico.
62. Plaintiff <u>FEDERICO GONZALEZ CHANTACA</u> is a citizen of Mexico who presently resides at the following address: Morelos #1, Rancho El Perico, Valle de Santiago C.P. 38400, Guanajuato, Mexico.
63. Plaintiff <u>FERMIN RIVERA GUZMAN</u> is a citizen of Mexico who presently resides at the following address: Privada H. Ayuntamiento #1608, Linda Vista, Sta. Anita Huiloac, C.P. 90300 Apizaco, Tlaxcala, Mexico.
64. Plaintiff <u>MIGUEL ANGEL GUZMAN ESCOGIDO</u> is a citizen of Mexico who presently resides at the following address: Republica Bolivia #118, Satelite, C.P. 78380, San Luis Potosi, Mexico.

65. Plaintiff <u>RODRIGO HERNANDEZ CAHUICH</u> is a citizen of Mexico who presently resides at the following address: Inglaterra #215 Gaviotas Sur Centro, C.P. 86090 Tabasco Mexico.
66. Plaintiff <u>VICTOR DANIEL BARRIOS RANGEL</u> is a citizen of Mexico who presently resides at the following address: Camecuaro #518 La Bria, Leon Guanajuato, Mexico.
67. Plaintiff <u>DAVID ARENAS MUNIZ</u> is a citizen of Mexico who presently resides at the following address: Monterrey M.L. Address Unknown.
68. Plaintiff <u>RICARDO GONZALEZ MIRANDA</u> is a citizen of Mexico who presently resides and is domiciled at the following address: 461 Donegan Rd. Glenwood Springs, CO, 81601.

5. Midwest Drywall Company, Inc. (""Midwest"), a Kansas corporation, authorized to do business in Colorado with offices at 1500 Devereux, Unit B, Glenwood Springs, Colorado 81601.
6. At all times relevant to this action, individual Plaintiffs were H-2B temporary foreign workers within the meaning of 8 U.S.C. Section(s) 1101(a) (15) (H) (ii) (b).
7. Defendant JNS Construction Services, LLC (JNS) is a Texas corporation which conducts business in Colorado. JNS conducts business in Colorado and had significant contacts with the state of Colorado and this District such that jurisdiction and venue are proper in this Court.
8. Defendant John Herzer's (Herzer) citizenship is not known to the Plaintiffs. Herzer conducts business in Colorado and had significant contacts with the state of Colorado and this District such that jurisdiction and venue are proper in this Court.
9. Defendant Leno & Company, LLC (Leno Company) is a Texas limited liability company which conducts business in Colorado. Leno Company conducts business in Colorado and had significant contacts with the state of Colorado and this District such that jurisdiction and venue are proper in this Court.
10. Defendant Leno ("Leno") Aseudo's citizenship is not known to the Plaintiffs. Leno conducts business in Colorado and had significant contacts with the state of Colorado and this District such that jurisdiction and venue are proper in this Court.

11. The individual Plaintiffs were admitted to the United States to be employed as members of labor crews organized and managed by the Defendants. Each of the individual Plaintiffs was issued a temporary visa, commonly referred to as an "H-2B visa," as authorized by 8 U.S.C. Section 1101(a) (15) (H) (ii) (b), its attendant regulations, 8 C.F.R. Section 214.2(h) (6), 20 C.F.R. Section 655.3, and administrative letters and/or guidance.

12. The individual Plaintiffs spent considerable sums of money to process their H-2B work visas and travel from their home villages to the United States. These costs were incurred by the individual Plaintiffs for the primary benefit of Defendants.

13. The individual Plaintiffs, at great personal risk and expense, traveled from their remote villages in Mexico to Glenwood Springs, Colorado on behalf of the Defendants.

## COUNT I
## DAMAGES DUE TO DETRIMENTAL RELIANCE

14. The individual Plaintiffs incorporate herein paragraphs 1 through 13 as if said allegations were fully set forth herein.

15. The individual Plaintiffs left their homes in Mexico and traveled to Glenwood Springs, Colorado in reliance upon Defendants' promises of employment.

16. The individual Plaintiffs reliance upon the promises of Defendants was reasonable and was justified.

17. The individual Plaintiffs would not have traveled to Glenwood Springs, Colorado but for the promises of Defendants.

18. Individual Plaintiffs spent their time and incurred living and transportation expenses due to their detrimental reliance on the Defendants' promises of employment and individual Plaintiffs suffered damages as the result of the breach of those promises.

## COUNT II
## DAMAGES FOR OUTRAGEOUS CONDUCT

19. The individual Plaintiffs incorporate herein paragraphs 1 through 19 as if said allegations were fully set forth herein;

20. The treatment accorded to the individual Plaintiffs by the Defendants was outrageous and went beyond the bounds of conduct permitted by a civilized society.
21. As the direct and proximate result of the outrageous conduct of Defendants, the individual Plaintiffs suffered emotional anguish, lost sleep, anxiety, fear and suffered from extreme emotional upset.
22. Individual Plaintiffs are entitled to general and special damages from Defendants.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray that this Court will enter an order:

Granting judgment in favor of the individual Plaintiffs for damages for outrageous conduct and damages due to detrimental reliance found in Count I and II of this Second Amended Complaint.


Respectfully submitted July 23, 2008


 /s/ Donald J. Kaufman_____

Donald J. Kaufman
KAUFMAN & KAUFMAN, LLC
401 23rd Street, Suite 302
Glenwood Springs, Colorado 81601
Telephone: (970) 945-2396
Facsimile: (970) 945-7763
E-mail: kaufman@coloradoattorney.com
ATTORNEYS FOR THE PLAINTIFFS

 /s/ Bruce Anderson_____
Kenneth R. Stettner
Bruce Anderson
Stettner Miller, P.C.
1050 17th Street
Suite 700
Denver, Colorado 80265-2008
303.534.0273
303.534.5036(facsimile)
E-mail: banderson@stetmil.com

ATTORNEYS FOR MIDWEST DRYWALL COMPANY, INC.

## CERTIFICATE OF SERVICE

I certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Charles J. Kimball: knpc@qwest.net

And I certify that I have mailed or served the document to the client in the manner (mail, hand-delivery, etc.) indicated by the client's name:

John Herzer (e-mail)
JNS Construction Services, Inc.
jch@jnslabor.com

_____
Kaufman & Kaufman, LLC