**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 08-cv-00461-DME-CBS

| | |
|---|---|
| MARION FACUNDO BORREGO BRIONES, *et al.*, | Donald J. Kaufman |
| | Bruce C. Anderson |
| **Plaintiffs,** | |
| v. | |
| JNS CONSTRUCTION SERVICES, LLC, *et al.*, | C. Adam Foster |
| | Kristi L. Blumhardt |
| **Defendants.** | Charles J. Kimball |

**RESPONSE OF LENO & COMPANY, LLC AND LENO ASEUDO TO
MOTION TO ENFORCE THE SETTLEMENT AGREEMENT
AND FOR OTHER RELIEF**

COMES NOW Defendants, Leno & Company, LLC, and Leno Aseudo, by their attorneys, Charles J. Kimball, Kimball & Nespor, P.C, and file their Response to Plaintiffs' Motion to Enforce the Settlement Agreement and for Other Relief.

The Mexican worker Plaintiffs contend in their Motion that the Defendants acted in bad faith, abused the judicial process and that their failure to pay Plaintiffs is inexcusable and unacceptable.

Plaintiffs' contentions are clearly not true as to these replying Defendants. Their counsel made it clear at the settlement conference, including the on the record portion, that these two Defendants did not have funds to pay toward the settlement. It was clear, at the conference, that the settlement funds would come from the other Defendants.

The business of these replying Defendants was destroyed as a result of Plaintiffs' actions and these Defendants have no funds to pay toward settlement.

No attorney's fees or costs should be assessed against these replying Defendants. They have not acted in bad faith.

The non-payment has resulted from the inability or failure of the other Defendants so far to raise the settlement funds.

Dated this 7th day of October, 2008.

*Original signature on file and and available for viewing at the*

*office of Kimball & Nespor, P.C.*

**/s/  Charles J. Kimball**
_____
Charles J. Kimball
Kimball & Nespor, P.C.
5400 Ward Road, Building III, #150
Arvada, CO 80002
303-940-3335
303-940-8832 (fax)
knpc@qwestoffice.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this Tuesday, October 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addressed:

Donald J. Kaufman
Kaufman & Kaufman, LLC
Penrose Plaza
2520 South Grand Avenue, Suite 110
Glenwood Springs, Colorado 81601-4195
970-947-1776
970-384-1776 (fax)
donkaufman@glenwoodattorney.com

Victor M. Morales
McElroy, Deutsch, Mulvaney & Carpenter, LLP-Denver
1700 Broadway
Mile High Center
#1900
Denver, CO 80290-1901
303-293-8800
303-839-0036 (fax)
vmorales@mdmlawco.com

C. Adam Foster
McElroy, Deutsch, Mulvaney & Carpenter, LLP-Denver
1700 Broadway
Mile High Center #1900
Denver, CO 80290-1901
303-293-8800
303-839-0036 (fax)
afoster@mdmlawco.com

Kristi Lynn Blumhardt
McElroy, Deutsch, Mulvaney & Carpenter, LLP-Denver
1700 Broadway
Mile High Center  #1900
Denver, CO 80290-1901
303-293-8800
303-839-0036 (fax)
kblumhardt@mdmlawco.com

Bruce Charles Anderson
Stettner Miller, P.C.
1050 17th Street
Independence Plaza #700
Denver, CO 80265-2008
303-534-0273
303-534-5036 (fax)
banderson@stetmil.com

*Original signature on file and and available for viewing at the*

*office of Kimball & Nespor, P.C.*

*/s/   Charles J. Kimball*
_____