IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00461-DME-CBS

MARIO FACUNDO BORREGO BRIONES, ET AL,

Plaintiffs,

v.

JNS CONSTRUCTION SERVICES, LLC, ET AL,

Defendants.

_____

**REPLY TO JNS CONSTRUCTION SERVICES, LLC'S RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLMENT AGREEMENT**

_____

COME NOW Defendants Leno and Co., LLC and Leno Ascebedo (hereinafter referred to as the "Leno Defendants") and file their Reply to JNS Construction Services, LLC's ("JNS") Response to Plaintiffs' Motion to Enforce the Settlement Agreement and state as follows:

JNS contends that the Leno Defendants represented at the Settlement Conference that they could pay $4,000.00 to 5,000.00 toward a settlement in this matter.

The Leno Defendants did not represent that. At the Settlement Conference, their counsel stated that they did not have funds to contribute to the settlement and believes that the record of that conference will confirm that. The Leno Defendants' business had previously been destroyed by comments of Plaintiffs or their counsel and resulting negative publicity.

In addition, it was noted at that conference that Defendant Leno Ascebedo had suffered a serious stroke.

The attachments to the JNS Response do not suggest that the Leno Defendants were expected to pay any of the settlement amount.

The Leno Defendants agree with and adopt the argument of JNS that no award of attorneys fees would be proper. The Leno Defendants have not been unwilling to pay the Plaintiffs. They are unable to do so. They have acted in good faith throughout this proceeding.

Dated this 23rd day of Ocotber, 2008.

*Original signature on file and available for viewing at the law offices of Kimball & Nespor, P.C.*

_____
Charles J. Kimball, #1319
KIMBALL & NESPOR, P.C.
5400 Ward Road, Building III, Suit 150
Arvada, Colorado 80002
303.940.3335  Telephone
303.940.8832  Facsimile
knpc@qwestoffice.net
Attorneys for Defendants Leno & Company, LLC
And Leno Asuedo

2

**CERTIFICATE OF SERVICE**

      I certify that on this 23rd day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Donald J. Kaufmamn and
Kaufman & Kaufman LLC
By email:  kaufman@coloradoattorney.com

Kenneth R. Stettner
Bruce Anderson
Stettner & Miller, P.C.
By email:  banderson@stenmil.com

Kenneth Wincorn
The Law Offices of Kenneth G. Wincorn
kwincorn@wincorn.com

Kristi Blumhardt
McElroy, Deutsch, Mulvaney & Carpenter LLP
kblumhardt@mdmlawco.com

*Original signature on file and available for viewing at the law offices of Kimball & Nespor, P.C.*

_____
Charles J. Kimball