**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-00461-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  November 25, 2008** | **Courtroom Deputy:** Nel Steffens |

| | |
|---|---|
| MARIO FACUNDO BORREGO BRIONES, et al, | Donald Kaufman |
| | Bruce Anderson |
| Plaintiffs, | |
| v. | |
| JNS CONSTRUCTION SERVICES, LLC, | Kristi Blumhardt and Victor Morales |
| JOHN HERZER, | |
| LENO & COMPANY, LLC, and | Charles Kimball |
| LENO ASEUDO, | |
|    a/k/a Leno Acevedo, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING
Court in Session: 9:17 a.m.**

Court calls case.  Appearances of counsel.  All counsel and defendant John Herzer appear by telephone.

Discussion regarding Plaintiffs' Unopposed Motion to Enforce Settlement Agreement, #83.

Discussion regarding Defendants John Herzer and JNS Construction Services, LLC's Motion to Withdraw as Attorney of Record, #99.

Further discussion regarding enforcement of settlement agreement.

Counsel state that there is no need for an evidentiary hearing or oral argument regarding the motion to enforce settlement agreement.  Court states it will be decided on the papers.

**ORDERED:   1.     Plaintiffs' Motion for Leave to File Attachment to the Motion of [sic] Enforce the Settlement Agreement (#86, filed October 7, 2008) is**

**DENIED.**

**ORDERED: 2. Plaintiffs' Motion for Leave to File Attachment to the Motion to Enforce the Settlement Agreement under Seal (#87, filed October 7, 2008) is GRANTED.**

**ORDERED: 3. Defendants JNS Construction Services, LLC and John Herzer's Motion for Leave to File Under Seal Response to Plaintiffs' Motion to Enforce the Settlement Agreement (#92, filed October 22, 2008) is GRANTED.**

Court will issue orders regarding motions #83 and #99.

HEARING CONCLUDED.

**Court in recess: 9:44 a.m.**
Total time in court: 00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.