IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00461-DME-CBS:

MARIO FACUNDO BORREGO BRIONES, JESUS ALBERTO MARINES
CARREON, RAUL RIOS SOLIS, PABLO PACHECO DEL REAL, ANTONIO
RODARTE GARAMENDI, ERNESTO ALVAREZ SALINAS, JUAN GABRIEL
ALEJANDRO RAMIREZ, MANUEL MIJANGOS, JOSE LUIS RUBIO
CHAVARRIA, JOSE JESUS VALTIERRA MONTOYA, NICOLAS HERNANDEZ
HERNANDEZ, JULIAN FERIA ACOSTA, ROBERTO CARLOS BERNAL
CHAVEZ, JESUS GERARDO CUETO LOPEZ, AURELIO CARILLO
HERNANDEZ, MARTIN OLIVA PONCE, GABRIEL MARTINEZ PONCE,
ANTONIO CARILLO HERNANDEZ, SILVANO GARCIA VEGA, CHRISTIAN
OSUNA RAMOS, LEOPOLDO ZARCA GONZALEZ, LUIS MATA LOPEZ, JOSE
PAZ AGUIRRE HERNANDEZ, PEDRO VARGAS LEDESMA, ANGEL GEOVANNI
DURAN NAVARRO, PABLO SANCHEZ REYES, RICARDO ROJO
COVARRUBIAS, JORGE ROJO COVARRUBIAS, JUAN SARABIA MENDEZ,
PABLO LUNA TORRES, MARTIN ALEJANDRE HERNANDEZ, JUAN GERARDO
ALVARADO GATICA, MIGUEL ANGEL BELTRAN ACEVEDO, JOSE DE JESUS
GOMEZ GALVAN, MARTIN BARRON VERA, DAVID GUDINO CHAVARRIA,
GERMAN MARTINEZ HERNANDEZ, JOEL AGUILAR TORRES, ARMANDO
ORTIZ RUBIO, CALIXTRO OVANDO LIMA, RODOLFO DELGADO RODRIGUEZ,
RAMON RODRIGUEZ ARAGUZ, ARTEMIO GARCIA MELO, ANTONIO
MONCADA RICO, MIGUEL ANGEL CASTANDEDA MARTINEZ, ORACIO
RAMIREZ MARTINEZ, LINDOLFO MARTINEZ CASTRO, RAMIRO AVALOS
CAMACHO, MARTIN JAIME DURAN MARIN, DANIEL HECTOR DAVILA
MARTINEZ, ANSELMO BARRIOS VALDEZ, LUIS ALBERTO DAMIAN ARROYO,
FRANCISCO NEGRETE CAMACHO, JUAN LUCIANO ORTIZ DUARTE, DANIEL
MORENO VERA, JORGE FLORES BALTAZAR, MARION ARMANDO FLORES
BALTAZAR, EDGAR ESTEBAN RODRIGUEZ HERNANDEZ, PABLO CESAR
AGUILAR DIAZ, ALEJANDRO ZUNIGA, SANTIAGO MENDOZA RAMIREZ,
FEDERICO GONZALEZ CHANTACA, FERMIN RIVERA GUZMAN, MIGUEL
ANGEL GUZMAN ESCOGIDO, RODRIGO HERNANDEZ CAHUICH, VICTOR
DANIEL BARRIOS RANGEL, DAVID ARENAS MUNIZ, RICARDO GONZALEZ
MIRANDA, and MIDWEST DRYWALL COMPANY, INC.,

      Plaintiffs,

v.

JNS CONSTRUCTION SERVICES, LLC, JOHN HERZER, LENO & COMPANY,
LLC, LENO ASEUDO, also known as Leno Acevedo,

1

Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

In this action, Plaintiffs—sixty-eight Mexican citizens who sought to work in the United States after obtaining temporary work visas, and a Kansas drywall company—seek to recover from Defendants expenses the individual Plaintiffs incurred in obtaining their visas and travelling to Colorado for work promised them by Defendants.  Plaintiffs allege that Defendants did not fulfill those promises of employment.

The parties have entered into a written confidential settlement agreement, which has been filed with this Court under seal.  (Doc. 90.)  The parties do not challenge the existence or substance of that agreement.

This matter now comes before the Court on Plaintiffs' "Motion to Enforce the Settlement Agreement and for Other Relief."  (Doc. 83.)  In a report and recommendation dated March 3, 2009, the Magistrate Judge recommends granting this motion "to the extent that the stipulated amount set forth at page 3, paragraph 2 of the settlement agreement (doc. #90 [under seal]) be reduced to a judgment in favor of all Plaintiffs and against all Defendants."  (Doc. 106 at 5.)  The report further recommends rejecting Plaintiffs' request for an award of attorneys' fees based upon Plaintiffs' allegations that Defendants have acted in bad faith by failing to comply with the terms of the settlement agreement.

The Magistrate Judge's report and recommendation notified all parties

2

that they had ten days after the date they were served with that report to file any objections they might have.  Despite this notice, none of the parties have filed any objections to the March 3 report and recommendation.

This Court "is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports.  In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."  Summers v. State of Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); see also Thomas v. Arn, 474 U.S. 140, 149 (1985) (noting 28 U.S.C. § 636(b)(1)(C) "does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection").

Although not required to do so, the Court has reviewed the Magistrate Judge's report and recommendation to insure that there is no "clear error on the face of the record."  Strepka v. Sailors, 494 F. Supp.2d 1209, 1215 (D. Colo. 2007).  Finding no such error, the Court AFFIRMS and ADOPTS in full the Magistrate Judge's report and recommendation dated March 3, 2009.  (Doc. 106.)

Judgment is, therefore, entered in favor of all Plaintiffs against all Defendants as stipulated by the parties in their settlement agreement: Defendants are jointly and severally obligated "to pay Plaintiffs a total sum of Fifty Four Thousand Four Hundred Dollars ($54,400.00), which equals $800.00 to each of the sixty-eight individual Plaintiffs and $0.00 to Plaintiff Midwest Drywall Co."  (Doc. 90 at 3.)  Defendants shall "make this payment . . . in a lump

sum to individual Plaintiffs' counsel, Donald J. Kaufman," who will distribute it to the individual Plaintiffs.

Having entered this judgment, the parties are directed to show cause, by written response filed with this Court within twenty days of the date of this order, why this Court should not dismiss Plaintiffs' claims against all Defendants with prejudice and conclude this litigation.


Dated: April 3, 2009

                                        BY THE COURT:

                                        *s/ David M. Ebel*
                                        _____
                                        UNITED STATES CIRCUIT JUDGE