FICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

UNDELIVERABLE - CMRA
NO AUTHORIZATION TO RECEIVE
MAIL FOR THIS ADDRESS

017H15524679
HASLER   $0.44⁰
05/22/2009
Mailed From 80202
US POSTAGE

08-CV-00461 DME-CBS   Memorandum of 5/22/09

JNS Construction Services, LLC



FILED
TED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2009

GREGORY C. LANGHAM
         CLERK

00294@2501

NIXIE        787   DC 1        02 07/08/09
       RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD
BC: 80294250151        *0893-02942-08-46